Case 2:20-cv-01433-ARR-RML   Document 13   Filed 06/29/20   Page 1 of 1 PageID #: 123

Case 2:20-cv-01433-ARR-RML   Document 12   Filed 06/26/20   Page 1 of 1 PageID #: 122

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

6/27/20

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 118480
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH BERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CLIENT SERVICES, INC.,<br><br>Defendant. | Docket No: 2:20-cv-01433-ARR-RML |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed.

Dated: June 26, 2020

BARSHAY SANDERS, PLLC

By: /s Jonathan M. Cader
Jonathan M. Cader, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *jcader@BarshaySanders.com*
Our File No: 118480
*Attorneys for Plaintiff*